**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 11-20551

DAMON MASON et al.,

    Defendants.
                                                  /

**ORDER REQUIRING HEARING STATEMENTS IN FUTURE MOTIONS**

Given the unique nature of this case, with numerous defendants–many of them incarcerated across the state or out of state, the court seeks to reduce the costs and administrative burdens of transporting defendants, often against their wishes, to court for motion hearings at which the defendant does not need or wish to be present. Accordingly, henceforth,

IT IS ORDERED that every motion filed by a defendant shall begin with (1) a statement indicating whether a hearing is thought to be mandatory or, if not mandatory, requested and (2) a statement indicating either that defendant waives personal attendance or that defendant wishes to be present should the court conduct a hearing.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: July 10, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 10, 2013, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
