**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 11-20551-12–21

SARDAR ASHRAFKHAN et al.,

    Defendants.
                                                          /

**ORDER SUSPENDING BRIEFING ON DEFENDANTS' MOTIONS**

On April 29, 2014, the court conducted a status conference with Government counsel and Defense counsel for the Defendants in Group 2A (Defendants numbered 12 through 21). During the conference, counsel informed the court of ongoing negotiations and agreed to extend the motion cutoff date to June 17, 2014. In light of these negotiations, counsel agreed that it would be prudent to suspend further briefing on any motions filed by Defendants in Group 2A pending the new motion cutoff date. The suspension of briefing applies to all motions filed before June 17, 2014—those that have already been filed and those that have yet to be filed. Accordingly,

IT IS ORDERED that briefing on all pending motions (Dkt. ## 660, 661, 688) is SUSPENDED until **June 17, 2014**. Unless otherwise ordered, responses for all motions, and all future motions filed before June 17, 2014 shall be due by **July 3, 2014**.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: May 1, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 1, 2014, by electronic and/or ordinary mail.

       s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-20551.MASON.SuspendBriefing.rljr.2.wpd